IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**SEP 2 5 2009**
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| GILBERT P. HYATT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. |
| Hon. DAVID J. KAPPOS, | Case: 1:09-cv-01864 |
| Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, | Assigned To : Kennedy, Henry H. Assign. Date : 9/25/2009 Description: Admn. Agency Review |
| Defendant. | ) ) ) ) ) |

**PLAINTIFF GILBERT P. HYATT'S *EX PARTE* MOTION
TO SUBMIT HIS PERSONAL RESIDENCE UNDER SEAL**

In connection with Mr. Hyatt's *Ex Parte* Motion To Be Excused from Local Civil Rule 5.1(e)(1) ("Motion"), and pursuant to a request from a clerk for the Court, Plaintiff Gilbert P. Hyatt hereby submits his personal address to the Court in confidence and requests that it be sealed, and not be made public. *See* Exhibit 1. For all the reasons set forth in his Motion, which is incorporated herein by reference, Mr. Hyatt's personal address is confidential and should not be made available to the public.

For the foregoing reasons, Mr. Hyatt respectfully requests that this motion be granted.

Respectfully submitted,

*/s/ Michael L. Martinez*
Michael L. Martinez (D.C. Bar No. 347310)
Michael I. Coe (D.C. Bar No. 479231)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
mmartinez@crowell.com
mcoe@crowell.com

Counsel for Plaintiff Gilbert P. Hyatt

Of Counsel:

Gregory L. Roth (D.C. Bar No. 447558)
Law Office of Gregory L. Roth
5712 Parkwest Circle
La Palma, California 90623
(714) 723-6871

Dated: September 25, 2009